## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ly Thi My Ho, | No. CV-26-02156-PHX-SPL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner challenged her present immigration detention as a violation of her due process rights. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.)  Respondents' response stated "Respondents do not oppose the release of the Petitioner."  (Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her due process claim.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

///

///

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 7th day of April, 2026.

Honorable Steven P. Logan
United States District Judge